PER CURIAM.
Affirmed. Columbian Nat’l Life Ins. Co. v. Lanigan, 154 Fla. 760, 19 So.2d 67 (1944); Guaranty Life Ins. Co. v. Feigley, 120 So.2d 804 (Fla. 3d DCA 1960); Lumbermens Mut. Casualty Co. v. Savigliano, 422 So.2d 29 (Fla. 4th DCA 1982); §§ 626.-829, 627.639, Fla.Stat. (1989); see Wagner v. Nottingham, 464 So.2d 166 (Fla. 3d DCA 1985), review denied, 475 So.2d 696 (Fla.1985); University Community Hosp. v. Department of Health and Rehabilitative Servs., 472 So.2d 756 (Fla. 2d DCA 1985), review denied, 482 So.2d 347 (Fla.1986); Fla.R.Civ.P. 1.190.